UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KERRY A. THOMPSON,　　　　　　　　　　　　CASE CIV- 0:21-CV-61215-XXXX

      Plaintiff,

v.

A1A TRANSPORTATION, INC.

      Defendant.
_____/

## NOTICE FILING CIVIL COVER SHEET

Plaintiff, KERRY A. THOMPSON by and through undersigned counsel, hereby gives Notice of Filing the attached Civil Cover Sheet.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the forgoing has been provided on **this 10th day of June, 2021**, via CM/ECF or electronic mail to the following:

Respectfully submitted,

/s/ Andres H. Lopez
Andres H. Lopez
Fla. Bar No. 0067564
The Andres Lopez Law Firm, PA
7351 Wiles Road Suite 101
Coral Springs, FL 33067
Email for service:
eservice@alopezlawfirm.com